UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

APRIL DYKSTRA,

                Plaintiff,

  v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

                Defendant.

Case No. C10-5717KLS

ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS*

      Plaintiff's application to proceed *in forma pauperis* (Dkt. #1) is GRANTED. Plaintiff does not appear to have funds available to afford the $350.00 filing fee.

      DATED this 6th day of October, 2010.

                                      Karen L. Strombom
                                      United States Magistrate Judge

ORDER - 1