1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| APRIL DYKSTRA, | Civil No. 3:10-CV-05717-RBL-KLS |
| Plaintiff, | |
| v. | ORDER |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Based on the stipulation of the parties, it is ORDERED that the Commissioner's decision in regard to Plaintiff's application for disability insurance benefits under Title II of the Social Security Act be REVERSED and REMANDED to the Commissioner of Social Security for further administrative proceedings pursuant to sentence six of 42 U.S.C. § 405(g). On remand, the Appeals Council will vacate its denial of Plaintiff's request for review, send Plaintiff's counsel a copy of the medical evidence in Plaintiff's file, and afford Plaintiff an opportunity for submission of additional evidence and/or a brief regarding the issues in the case. Thereafter, the Appeals Council will issue a new action on Plaintiff's request for review.

Page 1    ORDER - [3:10-CV-05717-RBL-KLS]

This Court hereby reverses the Commissioner's decision under sentence six of 42 U.S.C. §405(g) with a remand of the cause to the Commissioner for further proceedings.

DATED this 4th day of January, 2011.

*[signature: Ronald B. Leighton]*

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented By:

/s/ Jordan D. Goddard
JORDAN D. GODDARD
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, Washington 98104-7075
Telephone:  (206) 615-2733
Fax:  (206) 615-2531
jordan.goddard@ssa.gov