# United States District Court
WESTERN DISTRICT OF WASHINGTON

APRIL DYKSTRA

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C10-5717RBL/KLS

__   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

   the Commissioner's decision in regard to Plaintiff's application for disability insurance benefits under Title II of the Social Security Act be REVERSED and REMANDED to the Commissioner of Social Security for further administrative proceedings pursuant to sentence six of 42 U.S.C. § 405(g).


   January 5, 2011                              WILLIAM M. McCOOL
Date                                             Clerk


                                                 *s/CM Gonzalez*
                                                 Deputy Clerk